1  **KAZEROUNI LAW GROUP, APC**
   Abbas Kazerounian, Esq. (SBN: 249203)
2  ak@kazlg.com
   Mona Amini, Esq. (SBN: 296829)
3  mona@kazlg.com
4  245 Fischer Avenue, Unit D1
   Costa Mesa, CA 92626
5  Telephone: (800) 400-6808
6  Facsimile:  (800) 520-5523

7  **HYDE & SWIGART**
8  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
9  2221 Camino Del Rio South, Suite 101
10 San Diego, CA 92108-3551
   Telephone: (619) 233-7770
11 Facsimile:  (619) 297-1022

12
   *Attorneys for Plaintiff*
13 Nathan Hale

14              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
15

16 | **NATHAN HALE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | **Case No.:** 3:15-CV-01676-LAB-JMA |
|---|---|
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P 41(A)** |
| v. | |
| **JOHN C. HEATH, Attorney at Law, PLLC, d/b/a LEXINGTON LAW FIRM,** | |
| Defendant. | **Judge:**   Hon. Larry Alan Burns |

27 //
28 //

---

**JOINT MOTION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(A)**        PAGE 1 OF 3

Plaintiff NATHAN HALE ("Plaintiff") and Defendant JOHN C. HEATH, Attorney at Law, PLLC, d/b/a/ LEXINGTON LAW FIRM ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' dismissal of this putative class action because this action has not been certified as a class.[1]

Accordingly, Plaintiff and Defendant hereby jointly move to dismiss this entire action WITH PREJUDICE as to Plaintiff's claims and WITHOUT PREJUDICE as to the claims of the putative class with each party to bear their own costs and attorneys' fees.

Dated: August 15, 2016    **KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
ABBAS KAZEROUNIAN, ESQ.
MONA AMINI, ESQ.
ATTORNEYS FOR PLAINTIFF

Dated: August 15, 2016    **LATHAM & WATKINS LLP**

By: */s/ Kathleen P. Lally*
KATHLEEN P. LALLY, ESQ.
ATTORNEY FOR DEFENDANT

//

//

//

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a **certified** class may be settled, voluntarily dismissed, or compromised only with the court's approval."

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant's counsel and that I have obtained Defendant's counsel's authorization to affix her electronic signature to this document.

Dated: August 15, 2016                    **KAZEROUNI LAW GROUP, APC**

                                          By: */s/ Mona Amini*
                                              ABBAS KAZEROUNIAN, ESQ.
                                              MONA AMINI, ESQ.
                                              ATTORNEYS FOR PLAINTIFF